JLF 82ap  
(Rev. 07/02/03)

**UNITED STATES BANKRUPTCY COURT**  
**NORTHERN DISTRICT OF MISSISSIPPI**  
Cochran U.S. Bankruptcy Courthouse  
703 Highway 145 North  
Aberdeen, MS 39730  
Telephone: 662–369–2596

In Re:  Alether Thompson  
      Debtor(s)

Case No.: 99–40681  
Chapter 13

Alether Thompson  
Plaintiff(s)  
  vs.  
Homeq Servicing Corporation  
Defendant(s)

Adversary Proceeding No. 03–01153

## ORDER TO SUBMIT PROPOSED ORDER

    The court hereby orders and directs Brian K. Herrington to submit a proposed order (Re: [117] Motion to Compel). Order Due by 1/25/2010 Entered on Docket by: (AOH)

    Unless a proposed order is submitted to this court through the office of the Clerk of this court on or before the date specified above, the court may enter whatever order is necessary, which may include an order dismissing the motion, application or complaint filed in the above captioned case or an order scheduling a hearing for sanctions. In the event that the proposed order has been forwarded to counsel opposite for approval and has not been returned or submitted to the court by counsel opposite, the aforementioned attorney shall forward a duplicate of the proposed order to the Clerk's office within the above specified time, along with a statement explaining that counsel opposite has failed or refused to approve the form of proposed order.

Dated and Entered: 1/13/10

                                          David W. Houston III  
                                          Judge, U.S. Bankruptcy Court